# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In the Matter of the Search of

24 Indigo Creek Trail,
Durham, North Carolina 27712

FILED JUN 26 2009

**SEARCH WARRANT**

CASE NUMBER: 1:09MJ1018-1

TO: __Michael Smith__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Detective Michael Smith_ who has reason to believe that
(name, description and or location)

located within the above premises

in the Middle District of North Carolina, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A referenced and incorporated herein

I am satisfied that the affidavits and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before 7/4/09
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

6/24/09 at 2:30PM in Durham, North Carolina
Date and Time Issued

Wallace W. Dixon
Name United States Magistrate Judge      Signature of Judicial Officer

| | | | 1:09MJ1018-1 |
|---|---|---|---|
| | **RETURN** | | |
| DATE WARRANT RECEIVED 06/24/2009 | DATE AND TIME WARRANT EXECUTED 06/24/2009 05:05 P.M. EDT | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Frank McCorkle Lombard | |

INVENTORY MADE IN THE PRESENCE OF
Frank McCorkle Lombard

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT
See the attached Physical Evidence Receipts

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  6/26/09
U.S. Judge or Magistrate        Date

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 2009-01713 (SBI)

On (date) 6/24/09

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Frank M. Lombard
(Street Address) #24 Indigo Creek Trail
(City) Durham, NC

Description of Item(s):
- (1) Dell Laptop ST# 9YX50d1
- (1) Dell Laptop ST# 1FQZBH1
- (1) Black webcam
- (1) white webcam
- (1) black/blue thumbdrive (PNY)
- (1) black/silver thumbdrive
- (1) silver Kodak easyshare digital camera SN# KCKCY42514208 c scandisk
- (1) grey lock safe -Sentry- cont. various magazines, videos, CD's/DVD's, coins, sex toy
- (1) Passport belonging to Frank Lombard
- (1) stack of DVD's
- (1) CD, (1) DVD marked "Ken"
- black Thinkpad product ID# 6377A12
- black dell desktop CPU + external hard-drive SN# 6W2MG51
- black Toshiba laptop SN# 23360898K
- Apple IPOD, SN# 5U8432JN3QY
- various CD's, 1 scandisk, 1 video cassette

Received By: _____ SA FBI   Received From: Frank M Lombard
                (Signature)                                (Signature)